NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEK L. NEWPORT,
DC #493638,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No. 2D18-1921

Opinion filed April 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

PER CURIAM.

        Affirmed.

SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.